IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GERARDO RANGEL ROJAS,<br><br>        Defendant. | **4:12CR3012**<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed motion to continue sentencing date (filing 42) is granted.

2. Defendant Gerardo Rangel Rojas' sentencing is continued to Friday, October 5, 2012, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 14th day of September, 2012.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge