IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GERARDO RANGEL-ROJAS,<br><br>    Defendant. | 4:12CR3012<br><br>MEMORANDUM AND ORDER |

  This matter is before the Court on the defendant's motion to extend the time allowed to surrender to the Bureau of Prisons. Filing 58. The motion is not opposed by the government. Defendant is currently scheduled to self-surrender to Yankton FPC, Yankton, South Dakota, no later than Thursday, December 6, 2012, at 1:00 p.m. He has requested an additional 30 days to address his family's needs. The Court finds that defendant's motion should be granted. Accordingly,

  IT IS ORDERED:

1. The defendant's motion to extend the time allowed to surrender to the Bureau of Prisons (filing 58) is granted;

2. The defendant's commitment date to the Federal Bureau of Prisons is hereby continued to Tuesday, January 8, 2013, at or before 1:00 p.m.

3. Copies of this memorandum and order shall be provided to counsel of record, the Probation Office, and the United States Marshal. The United States Marshal shall provide the Bureau of Prisons with a copy of this memorandum and order.

4. If the Bureau of Prisons selects a different self-surrender date than the one ordered in paragraph 2 above, the Bureau of Prisons shall not select a date any earlier than January 8, 2013. And, the United States Marshals Service shall notify the defendant, counsel of record, and the Probation Office of the new date selected by the Bureau of Prisons.

  Dated this 4th day of December, 2012.

                BY THE COURT:

                *John M. Gerrard*
                John M. Gerrard
                United States District Judge